United States District Court
Southern District of Texas
**ENTERED**
March 27, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

|  |  |  |
|---|---|---|
| ISLAM BABAYEV, <br> "Petitioner," | § § § § | |
| v. | § § | Civil Action No. 1:26-CV-00233 |
| MIGUEL VEGARA, *et al.* <br> "Defendants." | § § § § | |

## ORDER

Before the Court are "Petition for Writ of Habeas Corpus and Complaint for Declaratory and Injunctive Relief" ("Petition") (Dkt. No. 1), "Petitioner's Motion for Order to Show Cause Under 28 U.S.C. § 2243" ("Motion") (Dkt. No. 8), "Report and Recommendation to Dismiss Petitioner's Habeas Petition" ("Report and Recommendation") (Dkt. No. 9), and "Objections to Magistrate Judge's Report and Recommendation to Dismiss Petitioner's Habeas Petition" ("Plaintiff's Objections") (Dkt. No. 10).

After a *de novo* review of the file, the Report and Recommendation (Dkt. No. 9) is **ADOPTED**. It is therefore **ORDERED, ADJUDGED**, and **DECREED** that Petitioner's Petition (Dkt. No. 1) is **DENIED**, and Petitioner's Motion (Dkt. No. 8) is also **DENIED** as moot. The Clerk of Court is **ORDERED** to close the case.

Signed on March 27, 2026.

Rolando Olvera
United States District Judge